INTERNATIONAL HARVESTER CO., Movant, v. B. H. OWSLEY et al., Opposed.

Court of Appeals of Kentucky.

March 24, 1942.

M. C. Anderson for Movant.

Henry F. Turner Opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Movant, v. James Pieratt BRASHEAR, Opposed.

Court of Appeals of Kentucky.

March 13, 1942.

B. P. Wootton and E. C. Wootton for movant.

T. E. Moore, Jr., opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Phee WILLIAMS, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 21, 1942.

Sylvester V. Little for appellant.

Hubert Meredith, Attorney General, and Guy H. Herdman, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.